IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAHMAL PHOENIX,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>COATESVILLE AREA SCHOOL DISTRICT,<br><br>　　　　　*Defendant*. | CIVIL ACTION<br>NO. 15-00072 |

## ORDER

**AND NOW**, this 9th day of October, 2015, upon consideration of Defendant Coatesville Area School District's ("Coatesville's") Omnibus Motion in Limine (ECF No. 22), Plaintiff Jahmal Phoenix's ("Phoenix's") Response (ECF No. 32), and the Court's discussions with counsel at the October 2, 2015, Pretrial Conference (ECF No. 40), it is hereby **ORDERED** that:

1. The motion regarding the February 9, 2015 letter from Matthew Haverstick to Coatesville is **GRANTED**;

2. The motion pertaining to text messages between Richard Como ("Como") and James Donato ("Donato") is **GRANTED**;

3. The motion concerning the Chester County 18th Investigating Grand Jury's Report is **GRANTED** in part and **DENIED** in part.[1]

---

[1] The motion is denied only with respect to that portion of the Grand Jury's Report which contains the text message exchange, reprinted in the Court's Memorandum, between Como and Donato beginning on page 13 and ending on page 14.

4. The motion regarding the Investigative Report to the Board of School Directors is **GRANTED** in part and **DENIED** in part.[2]

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[2] The motion is denied only with respect to the sentence on page 168, which states that "Mr. Como had the ultimate authority and final say on hiring and firing at CASD [Coatesville Area School District]."