## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAHMAL PHOENIX,<br><br>   *Plaintiff*,<br><br>v.<br><br>COATESVILLE AREA SCHOOL DISTRICT,<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 15-00072 |

### ORDER

**AND NOW**, this 24th day of May, 2016, upon consideration of Plaintiff Jahmal Phoenix's ("Phoenix") Motion for New Trial (ECF No. 64), Defendant Coatesville Area School District's ("Coatesville") Response (ECF No. 67) and Phoenix's Reply (ECF No. 69), it is hereby **ORDERED** that the motion is **DENIED**.

                BY THE COURT:

                */s/ Gerald J. Pappert*
                GERALD J. PAPPERT, J.